

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00979-CR

**EX PARTE** Jose Jaime **DE HOYOS**

From the County Court, Maverick County, Texas
Trial Court No. 3684
Honorable David R. Saucedo, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the order of the trial court is REVERSED, and judgment is RENDERED dismissing the application for writ of habeas corpus filed in the underlying cause without prejudice to the appellee filing the application with the district clerk of Maverick County, Texas.

SIGNED August 14, 2019.

_____
Irene Rios, Justice